UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 07-05248
FELICIA A. TOWNS )
)
) Chapter: 7
)
) Honorable Jacqueline Cox
)
Debtor(s) )

## ORDER GRANTING TRUSTEE'S MOTION TO APPROVE SETTLEMENT WITH COLOPLAST CORP. AND TO PAY SPECIAL COUNSEL

This cause coming to be heard on Trustee's Motion to Approve Settlement with Coloplast Corp. ("Manufacturer") and Pay Special Counsel (the "Motion"), due and proper notice of the Motion having been given, the Court having reviewed the Motion, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Motion is GRANTED;

2. Trustee may enter into the Settlement with Manufacturer for $160,000.00, from which the MDL Fee, attorneys' costs, fees, expenses, and advances, and Debtor's Medicaid lien will be deducted pursuant to the Settlement Ledger (as defined in the Motion) approved by the district court, and Trustee may grant a full release from Debtor and this bankruptcy estate to Manufacturer. Trustee may execute whatever documents are reasonably necessary to effectuate the Settlement.

3. Settlement Administrator (as defined in the Motion) is authorized to retain $95,122.91 of the gross proceeds as full and final payment of the reasonable fees, costs and expenses of Special Counsel ($49,731.06), Debtor's Medicaid lien ($789.34), MDL Fee ($8,000.00), administrative expenses ($1,422.00), and case advances, non-medical and pre-settlement liens ($35,180.51).

4. Settlement Administrator is directed to remit the balance of the settlement proceeds ($64,877.09) to Trustee.

5. This order is a final order and this matter is a core proceeding as those terms are used in 28 U.S.C. §§ 157 and 158.

Enter:

/s/ Jacqueline Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: September 27, 2018

**Prepared by:**
Philip V. Martino
Travis J. Eliason

QUARLES & BRADY LLP
300 N. LaSalle Street, Suite 4000
Chicago, Illinois 60654-3406
(312) 715-5000